In re: <u>MONTES DE OCA, HOWARD AND MARIA</u>          Case No. _____
          Debtor                                                      (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEBTOR'S MARITAL STATUS | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| MARRIED | NAMES<br>HOWARD MONTES DE OCA<br>HAZELL MONTES DE OCA | AGE<br>2 1/2 YR<br>5 1/2 YR | RELATIONSHIP<br>SON<br>DAUGHTER |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | FLOOR COORDINATOR | CLERK |
| Name of Employer | BANK OF AMERICA | SANWA BANK |
| How long employed | 10 YRS | 5 YRS |
| Address of Employer | 1000 WEST TEMPLE STREE<br>LOS ANGELES, CA 90012 | 601 S FIGUEROA STREET<br>LOS ANGELES, CA 99017 |

INCOME: (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | | $ 3,218.39 | $ 0.00 |
| Estimated monthly overtime | | $ 0.00 | $ 0.00 |
| **SUBTOTAL** | | $ 3,218.39 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 680.33 | $ 0.00 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify SEE ATTACHED ) | | $ 326.45 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 1,006.78 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 2,211.61 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0.00 | $ 0.00 |
| Income from real property | | $ 800.00 | $ 0.00 |
| Interest and dividends | | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify _____ ) | | $ 0.00 | $ 0.00 |
| Pension or retirement income | | $ 0.00 | $ 0.00 |
| Other monthly income | | $ 0.00 | $ 0.00 |
| (Specify DISABILITY ) | | $ 0.00 | $ 844.20 |
| FAMILY CONTRIBUTION | | $ 311.64 | $ 0.00 |
| **TOTAL MONTHLY INCOME** | | $ 3,323.25 | $ 844.20 |

TOTAL COMBINED MONTHLY INCOME $4167.45 _____          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

