EDWINA E. DOWELL
CHAPTER 13 STANDING TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA  90017
(213) 996-4400

ORIGINAL

FILED
JUN 22 2001
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

HOWARD MONTES DE OCA                )    CHAPTER 13
MARIA MONTES DE OCA                 )    CASE NO. LA01-14694-ER
                                    )
                                    )    CONF: Mon Jun 18, 2001
                                    )    TIME:     9:00 AM
                                    )    PLACE: ROYBAL BUILDING
                                    )           COURTROOM 1568-15TH FLOOR
                                    )           255 EAST TEMPLE STREET
Social Security No. 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     )           LOS ANGELES, CA  90012
Social Security No. 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     )
                                    )
              Debtor(s)             )    ORDER ON MOTION TO AVOID LIEN(S)
                                    )    AND ORDER CONFIRMING PLAN

ENTERED JUN 22 2001
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

LODGED

The Debtor's Chapter 13 plan or modified plan, if any, was filed on May 08, 2001         .

A Plan, or the final modification of the Plan, was transmitted to the Creditors under Bankruptcy Rule 3015. The first meeting of creditors was held on April 4, 2001          . The court finds that the Plan meets the requirements of 11 U.S.C. 1325.

IT IS ORDERED:
The Debtor's plan was confirmed on June 18, 2001         , with the following provisions:

1. Payments: Amount of each payment is $ 1,111.00 . The due date is day 24 of each month for 36 months. No payroll deduction order is ordered until debtor is in default more than 20 days, unless provided otherwise by the Plan. The Plan provides for the payment of ___.00 % of allowed claims of general unsecured creditors.

No further declaration or order is required.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors for post-petition defaults by the debtor.

3. OTHER PROVISIONS:

   (a) There being no response to the debtor's motion to avoid liens on exempt personal property, and the court finding that there was adequate service of the motion and supporting declaration(s) and good cause appearing therefor, the nonpossessory, nonpurchase-money security interest in the debtor's exempt property held by the following creditor(s) is/are avoided pursuant to 11 U.S.C. 522(f)(2): N/A

   (b) This is a base plan with the debtor paying $ 1,111.00 per month as disposable income. The court retains jurisdiction to hear the Trustee's motion to compel the debtor to pay all disposable income for the first 36 months of the Plan. Debtor shall submit statements of income on an annual basis to the Trustee, which amount of income shall be reviewed by the Trustee who may petition the court to increase the monthly payment for cause until such time as all allowed unsecured creditors to the extent they are to be paid during the term of the plan are paid 100%.

   (c) If the debtor's attorney has not yet submitted an application for fees no funds will be paid (or set aside for such purpose) until the trustee receives an entered order approving such fees. Disbursements to other creditors will commence immediately.

   (d) The Trustee is authorized to make payments to holders of claims secured by real property based on debtor's plan.

   (e) Miscellaneous: N/A

Dated: JUL 2 2 2001                                          _____
rev.1/00 - 06/19/2001 JT  - FG:117                           United States Bankruptcy Judge

```
 1  Edwina E. Dowell
    Chapter 13 Standing Trustee
 2  700 South Flower St., Suite 1950
    Los Angeles, California  90017
 3  Telephone: (213) 996-4400
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. LA01-14694-ER |
| | ) | |
| HOWARD MONTES DE OCA | ) | CHAPTER 13 |
| | ) | |
| MARIA MONTES DE OCA | ) | PROOF OF SERVICE BY MAIL |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

STATE OF ____CALIFORNIA____, COUNTY OF ____LOS ANGELES____

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Edwina E. Dowell, Chapter 13 Standing Trustee, 700 S. Flower Street, Suite 1950, Los Angeles, CA 90017, and that on __June 20, 2001__ I served the following document(s): ORDER ON MOTION TO AVOID LIEN(S) AND ORDER CONFIRMING PLAN

on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as follows:

HOWARD MONTES DE OCA & MARIA MONTES DE OCA
1110 S FRESNO ST
LOS ANGELES, CA 90023

CAROL A. OSBORNE
STANDING TRUSTEE COORDINATOR
OFFICE OF THE U.S. TRUSTEE
DEPARTMENT OF JUSTICE
221 NORTH FIGUEROA, SUITE 800
LOS ANGELES, CA 90012

KENNETH E COHEN, ATTY
6700 FALLBROOK AVENUE
SUITE 160
WEST HILLS, CA 91307

Executed at Los Angeles, California on __June 20, 2001__.

_/s/ Jason Taylor_
Jason Taylor

06/19/2001 JT FG:126